# UNITED STATES COURT OF APPEALS

FIFTH CIRCUIT
11009 U.S. COURTHOUSE
515 RUSK STREET
HOUSTON, TEXAS 77002-2605

**THOMAS M. REAVLEY**
SENIOR CIRCUIT JUDGE
713-250-5185
FAX 713-250-5510

June 8, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Friends:

In accordance with Chairman Baldock's letter to me of May 27, I have amended pages 5 and 6 of my 2008 Financial Disclosure Report. Enclosed are the original and three copies of the amended pages.

Felicitations,

Thomas M. Reavley

RECEIVED 2009 JUN 15 A 10: 37 FINANCIAL DISCLOSURE OFFICE

**Reavley, Thomas M**

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Minerals (Noble) Nacogdoches County, Texas | D | Royalty | L | W | | | | | |
| 19 Minerals (Hunt) Nacogdoches County, Texas | B | Royalty | | | | | | | |
| 20. Minerals (XTO) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 21. Morgan Stanley & Co. (cash balance in brokerage account) | A | Interest | | | Transferred (to line 26) | 11/1 | J | | Gen. Mun. Money Market |
| 22 | | | | | | | | | |
| 23. Morgan Stanley Institutional Funds | A | Interest | | | Transferred (to line 26) | 11/1 | K | | Gen. Mun. Money Market |
| 24. Daily Tax Free Income Fund | A | Interest | | | Transferred (to line 26) | 11/1 | J | | |
| 25. Minerals (Delta Petroleum) Newton County, Texas | | None | J | W | | | | | |
| 26. General Municipal Money Market Fund | A | Interest | J | T | Buy | 11/1 | K | | |
| 27. Colorado Springs Hospital Rev Bond | B | Interest | | | Redeemed | 7/18 | L | | Issuer |
| 28. Texas State Bond | D | Interest | M | T | Buy | 6/7 | M | | |
| 29. University of Texas Permanent Bond 5% Due 7/01/13 | C | Interest | M | T | | | | | |
| 30. Corpus Christi Bond 4% Due 7/15/11 | B | Interest | M | T | | | | | |
| 31. Greater Clark County, Colorado Bond 5% Due 7/15/11 | C | Interest | M | T | | | | | |
| 32. Akron, Ohio Bond 5% Due 1/12/17 | C | Interest | M | T | | | | | |
| 33. Houston, Texas Bond (SER, E) | | None | M | T | Buy | 11/17 | M | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

My spouse is Carolyn D King. I attach a copy of her financial disclosure report for my report of her finances.

VII Item 13 last year - Explained 2007 report

VII Items 19, 20 and 25 - Hunt conveyed to XTO midyear. I moved last year item 20 to item 25

VII Items 21, 23 and 26 - Morgan Stanley accounts transferred to General Municipal Money Market 11/08

VII Item 24 - Transferred to General Municipal Money Market 11/08

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Reavley, Thomas M | 2. Court or Organization  Fifth Circuit Court of Appeals | 3. Date of Report  03/23/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address  Bob Casey Federal Courthouse 515 Rusk Street, Room 11009 Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4. | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2. | |
| 3 | |

RECEIVED
2009 APR 15 A 9:06

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/23/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2008 | State of Texas, Judicial Retirement | $68,400 00 |
| 2. | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | See attached report ██████████ |
| 2. | | |
| 3 | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prudential Insurance Co. | Policy Loan | K |
| 2 | | |
| 3 | | |
| 4. | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank (Houston) | C | Interest | M | T | | | | | |
| 2. Royalty (Hendrix) Pecos County, Texas | B | Royalty | J | W | | | | | |
| 3 Minerals (Samson) Nacogdoches County, Texas | G | Royalty | O | W | | | | | |
| 4 Minerals (Apache) Nacogdoches County, Texas | C | Royalty | K | W | | | | | |
| 5 Minerals (Basa) Nacogdoches County, Texas | | None | J | W | | | | | |
| 6. Chase Bank (Houston) | A | Interest | L | T | | | | | |
| 7 | | | | | | | | | |
| 8. Minerals (Chesapeake) Nacogdoches County, Texas | C | Royalty | J | W | | | | | |
| 9 Fee Land, Lano County, Texas | | None | K | W | | | | | |
| 10. | | | | | | | | | |
| 11. Prudential Insurance Company | A | Int /Div. | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14 Indigo | E | Royalty | N | W | | | | | |
| 15. Minerals (BP) Panola County, Texas | D | Royalty | K | W | | | | | |
| 16 Minerals (EOG) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 17. Minerals (AC Exp) Shelby County, Texas | E | Royalty | M | W | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18  Minerals (Noble) Nacogdoches County, Texas | D | Royalty | L | W | | | | | |
| 19  Minerals (Hunt) Nacogdoches County, Texas | B | Royalty | | | | | | | |
| 20  Minerals (XTO) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 21.  Morgan Stanley & Co. (cash balance in brokerage account) | A | Interest | | | Transferred (to line 26) | 11/1 | J | | Gen  Mun. Money Market |
| 22 | | | | | | | | | |
| 23.  Morgan Stanley Institutional Funds | A | Interest | | | Transferred (to line 26) | 11/1 | K | | Gen. Mun  Money Market |
| 24. | | | | | | | | | |
| 25.  Minerals (Delta Petroleum) Newton County, Texas | | None | J | W | | | | | |
| 26  General Municipal Money Market Fund | A | Interest | K | T | Buy | 11/1 | K | | |
| 27.  Colorado Springs Hospital Rev Bond | B | Interest | | | Redeemed | 7/18 | L | | Issuer |
| 28.  Texas State Bond | D | Interest | M | T | | | | | |
| 29  University of Texas Permanent Bond 5% Due 7/01/13 | C | Interest | M | T | | | | | |
| 30  Corpus Christi Bond 4% Due 7/15/11 | B | Interest | M | T | | | | | |
| 31  Greater Clark County, Colorado Bond 5% Due 7/15/11 | C | Interest | M | T | | | | | |
| 32.  Akron, Ohio Bond 5% Due 1/12/17 | C | Interest | M | T | | | | | |
| 33  Houston, Texas Bond (SER, E) | | None | M | T | Buy | 11/17 | M | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

██████████████ I attach a copy of her financial disclosure report for my report of her finances.

VII Item 13 last year - Explained 2007 report

VII Items 19, 20 and 25 - Hunt conveyed to XTO midyear  I moved last year item 20 to item 25

VII Items 21, 23 and 26 - Morgan Stanley accounts transferred to General Municipal Money Market 11/08

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reavley, Thomas M. | 03/23/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544